*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Eastern Division*
*Office of the Clerk*

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF SETTING
### Before Judge James D. Todd, Chief United States District Judge

April 4, 2005

RE:   1:03cv1321-T/An
      Anderson v. Radford, etc.

Dear Sir/Madam:

A(n) **MINOR SETTLEMENT HEARING** has been SET before **Judge James D. Todd** on **THURSDAY, APRIL 7, 2005** at 9:30 A.M. in Courtroom 432, 4th floor of the U. S. Courthouse, Jackson, Tennessee.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY:  *Evelyn Cheairs*
Evelyn Cheairs, Case Manager
731-421-9207

60

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 1:03-CV-01321 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Robert O. Binkley
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Cary M. Makrouer
THURSWELL LAW FIRM
1000 Town Center
Suite 500
Southfield, MI 48075--122

Todd P. Rutledge
THURSWELL LAW FIRM
1000 Town Center
Suite 500
Southfield, MI 48075--122

Honorable James Todd
US DISTRICT COURT